BEFORE THE SECOND DIVISION, JULY 31, 1951

No. 55795.—Crownford China Co., Inc., et al. v. United States, protests 158361–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 55796.—C. H. Crowley v. United States, protest 160023–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 55797.—Atalo Creations et al. v. United States, protests 165113–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JULY 31, 1951

No. 55798.—W. X. Huber Co. v. United States, protest 845945–G (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel that a portion of the rice, namely, 3 percent, consists of broken kernels which will pass readily through a metal sieve perforated with round holes five and one-half sixty-fourths of 1 inch in diameter the same as the broken rice covered by *United States* v. *Great Pacific Co. et al.* (23 C. C. P. A. 319, T. D. 48192) and *United States* v. *Kwong Lee Chong Co. et al.* (id. 327, T. D. 48193), the claim of the plaintiff was sustained.